Hearing Date: August 31, 2010 at 10:00a.m.
Objection Deadline: August 24, 2010 at 4:00p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re

RICHARD AND DESMARIE GRIFFIN,    Chapter 13

        Debtors.    Case No. 10-22431
-------------------------------------------------------------------x
RICHARD AND DESMARIE GRIFFIN,    Adv. Case No.: 10-8361-rdd

        Plaintiffs,    **NOTICE OF MOTION TO**
v.    **DISMISS ADVERSARY**
    **COMPLAINT**

AMERICAN HOME MORTGAGE SERVICING, INC.,

        Defendant.
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that on the 31st day of August, 2010 at 10:00 a.m. a hearing on a motion to dismiss the above captioned adversary proceeding will be held before the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the motion are required to be in writing, state with specificity the basis therefore, must be served upon the undersigned counsel no later than August 24, 2010 at 4:00 p.m., and filed and served in accordance with General Order M-399, so as to be actually received by counsel for AHMSI: Akerman Senterfitt LLP, 335 Madison Avenue, Suite 2600, New York, NY 10017 (Attn: Jordan M. Smith, Esq.).

{NY103988;1}

Dated: New York, New York
June 9, 2010

Respectfully submitted,

s/ *Jordan M. Smith*
Jordan M. Smith, Esq.
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
jordan.smith@akerman.com

*Counsel for American Home Mortgage Servicing, Inc.*

{NY103988;1}